IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CHARLES EDWARDS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:15-CV-690-WKW |
| | ) | [WO] |
| LEEPOSEY DANIELS, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

## **ORDER**

On May 9, 2017, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 16.) Upon an independent review of the record and consideration of the Recommendation, it is ORDERED that:

1. The Recommendation (Doc. # 16) is ADOPTED;

2. Edwards's 28 U.S.C. § 2254 motion (Doc. # 1) is DENIED; and

3. This case is DISMISSED with prejudice.

A final judgment will be entered separately.

DONE this 8th day of June, 2017.

                                                    /s/ W. Keith Watkins
                                   CHIEF UNITED STATES DISTRICT JUDGE